AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of ~~RHODE ISLAND~~

JOSEPH F. DUGAN

**SUMMONS IN A CIVIL CASE**

V.

NATIONAL RAILROAD PASSENGER CORPORATION

CASE NUMBER: 05-399

TO: (Name and address of Defendant)

secretary
NATIONAL RAILROAD PASSENGER CORP.
60 MASSACHUSETTS AVE, NE
WASHINGTON, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH F. DUGAN, ESQ
183 LYNDON ROAD
CRANSTON, RI 02905

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/20/05

(By) DEPUTY CLERK

) 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| rvice of the Summons and complaint was made by me[1] | DATE 9.23-05 |
| IE OF SERVER *(PRINT)* Joseph F. Dugan | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☑ Other (specify): By certified mail pursuant to 49 USC § 24301(b) at the principal place of business at Amtrak 60 Massachusetts Ave, NE Wash, D.C. 20002

## STATEMENT OF SERVICE FEES

| AVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-27-05
Date

Joseph F. Dugan
*Signature of Server*

183 Lyndon Rd
Cranston, RI 02905
*Address of Server*

FILED
2005 OCT -4 A 10:29
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.