UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN
Plaintiff

V. No. S 05-399

National Railroad Passenger Corporation
(AMTRAK)
Defendant

AFFIDAVIT OF SERVICE PURSUANT TO 49 USC 24301(b)

Joseph F. Dugan, Esq being duly sworn does state that on September 23, 2005 the Defendant National Passenger Railroad Corporation (AMTRAK) was served by certified mail a copy of the complaint and summons at its principal place of business, 60 Massachusetts Ave, NE Washington, D.C. as provided in 49 USC 24301(b) The original certificate of service is attached.

STATE OF RHODE ISLAND
PROVIDENCE, SC

Signed and Sworn before me this 30th Day of September 2005

Notary Public Emil Vazini 11/08 exp

## CERTIFICATE

I certify a copy of the foregoing was mailed to Secretary National Railroad Passsenger Corporation 60 Massachusetts Ave NE Washington, D.C. on September 23 2005.

Submitted:

Joseph F. Dugan, Esq #1388
183 Lyndon Road
Cranston, RI 02905
401-781-3573
fax 401 944-4161

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SECRETARY OF AMTRAK CORP.
60 MASSACHUSETTS AVE NW
WASH, DC 2002

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 9-23-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number 7001 1140 0000 3691 2997

2ACPRI-03-Z-0985