UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH F. DUGAN,<br>Plaintiff,<br>v.<br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>Defendant. | Case No. 05-399S |

**ENTRY OF APPEARANCE**

The undersigned enters their appearance as trial counsel in this matter for defendant National Railroad Passenger Corporation, a/k/a Amtrak.

Paul E. Dwyer, Jr., Esq. (#3956)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2005, a copy of the foregoing Entry of Appearance was served by first-class mail upon:

Joseph F. Dugan, Esq.
183 Lyndon Road
Cranston, RI 02905

Paul E. Dwyer, Jr.