UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH F. DUGAN,<br>Plaintiff,<br>v.<br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>Defendant. | Case No. 05-399S |

**ANSWER AND AFFIRMATIVE AND/OR SPECIAL DEFENSES**

National Railroad Passenger Corporation ("Defendant" or "Amtrak"), by and through its undersigned counsel of record, hereby responds to Joseph F. Dugan's ("Plaintiff" or "Dugan") Complaint as follows:

1. The allegations contained in Paragraph 1 are conclusions of law to which no response is required.

2. The allegations contained in Paragraph 2 are conclusions of law to which no response is required.

3. Amtrak admits that Plaintiff made a request to Amtrak under the Freedom of Information Act ("FOIA"), but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 and, therefore, denies them.

3. [Sic] Amtrak admits that it is a commuter rail carrier with its principal office and place of business located at 60 Massachusetts Avenue, N.E., Washington, D.C. 20002. Amtrak further

admits that it maintains a place of business in Providence, Rhode Island and does business in the State of Rhode Island. Amtrak denies the remaining allegations contained in Paragraph 3.

4. Amtrak admits that Plaintiff paid $250.00 as a deposit for the FOIA request, but denies that on November 24, 2004 a request under the FOIA was perfected. Amtrak avers that the document identified in Paragraph 4 speaks for itself.

5. Amtrak is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and, therefore, denies them.

6. Amtrak avers that Plaintiff's FOIA request speaks for itself.

7. Amtrak denies that costs associated with the FOIA response were grossly excessive and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7 and, therefore, denies them.

8. Amtrak avers that the document referred to in Paragraph 8 speaks for itself.

9. Amtrak admits the allegations contained in Paragraph 9.

10. Amtrak denies the allegations contained in Paragraph 10, and further denies that Plaintiff is entitled to any relief.

11. Amtrak denies all allegations of wrongdoing and further denies all allegations of the Complaint to which Amtrak has not specifically admitted, denied, or otherwise pleaded.

## AFFIRMATIVE AND/OR SPECIAL DEFENSES

Amtrak asserts the following affirmative and/or special defenses to Plaintiff's Complaint:

1. Plaintiff's claim ("Claim") should be dismissed because the allegations in the Complaint fail to state a claim upon which relief may be granted.

2. Plaintiff' Claim is barred because certain of the information Plaintiff seeks is exempt from disclosure under the FOIA, 5 USC § 552(b)(6).

3. Plaintiff's Claim is barred because certain of the information Plaintiff seeks is beyond the scope of Plaintiff's FOIA request.

4. Plaintiff's Claim is barred, in whole or in part, because at all times complained herein, Amtrak's conduct was in compliance with the FOIA and otherwise reasonable, lawful, and in good faith.

5. Plaintiff's Claim is barred, in whole or in part, by the equitable doctrines of estoppel, laches, and/or waiver.

6. Plaintiff has failed to state a claim against Amtrak upon which costs, expenses, interest, or attorneys' fees may be awarded.

7. Amtrak intends to rely upon any and all other defenses that might become available during the course of this litigation and respectfully reserves the right to supplement these affirmative and/or special defenses based upon discovery in this matter.

WHEREFORE, Amtrak respectfully requests that Plaintiff be denied any relief, that Plaintiff's Complaint be dismissed with prejudice, and that Amtrak be awarded attorneys' fees and costs for the defense of this action.

Dated: October 26, 2005

Respectfully submitted,

By: ______________________

Paul E. Dwyer, Jr.
R.I. Bar. Reg. # 3956
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276- 6611

*Counsel for National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2005, a copy of the foregoing Answer and Affirmative and/or Special Defenses was served by first-class mail upon:

Joseph F. Dugan, Esq.
183 Lyndon Road
Cranston, RI 02905

Paul E. Dwyer, Jr.

30182187.1