UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN
Plaintiff

V. No. -05-399S

NATIONAL RAILROAD PASSENGER CORPORATION
(AMTRAK)
Defendant

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Joseph F. Dugan being duly sworn on oath does depose and state as follows:

1. That he is an attorney and member of the Rhode Island, Massachusetts and District of Columbia Bar.

2. That he represents Susan Taylor a resident of Barrington, Rhode Island who claims on September 24, 2003 she was assisting her elderly father on an AMTRAK train bound for Washington, D.C. when the train left the station without notice and when she tried to get out of the passenger car the doors opened on the moving train and she was thrown out into the train platform and into a concrete column. She suffered a broken right arm and shoulder. Her injuries required surgery and she suffered total disability for months.

4. That he received no communication from AMTRAK written or oral between November 24, 2004 and sometime in mid June 2005.

5. That the facts stated in the Statement of Facts in the attached memorandum and The Statement of Facts which are Uncontested are true to the best of my knowledge information and belief.

Joseph F. Dugan

STATE OF RHODE ISLAND
PROVIDENCE, SC

Signed and Sworn before me this 22d Day of November 2005

Dawn F. Oliveri
NOTARY PUBLIC Dawn F. Oliveri
My comm exp: 4-30-2009

CERTIFICATE

I certify a copy of the foregoing was personally delivered to Paul E. Dwyer, Esq, Edwards & Angel , LLP on November 22 2005 at 2800 Financial Plaza Providence, RI 02903-2499.

Joseph F. Dugan, Esq