UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN
Plaintiff

V. No. -05-399S

NATIONAL RAILROAD PASSENGER CORPORATION
(AMTRAK)
Defendant

# PLAINTIFF'S STATEMENT OF MATERIAL FACTS WHICH PLAINTIFF CLAIMS ARE NOT IN DISPUTE

The Plaintiff states the following material facts are not in dispute:

1. That on September 9, 2004 Plaintiff, Dugan, filed a request under the FOIA for information and documents.

2. That on November 16, 2004 AMTRAK wrote a letter summarizing Dugan's request and requested Dugan's consent to the AMTRAK summarization and payment of $250.00.

3. That on November 24, 2004 Dugan responded to the AMTRAK letter of November 16, 2004 by consenting to the summarization of the request and sending a check for $ 250.00.

4. That when AMTRAK received Dugan's November 24, 2004 letter and payment his FOIA request was finalized.

5. That Dugan sent a letter to AMTRAK on April 28, 2005 inquiring as to when his request would be responded to.

6. That Dugan sent a letter to AMTRAK on June 13, 2005 inquiring as to when his request would be responded to.

7. That in mid June 2005 AMTRAK made its first response to his November 24, 2004 FOIA request in the form of a telephone call to Dugan.

8. That in late June 2005 Dugan in a conversation with AMTRAK agreed that his request #1 could be limited to "passengers " and request # 3 to "carryby's and this change was incorporated into AMTRAK'S letters of June 28, 2005 and July 19, 2005.

9.. That on July 19, 2005 AMTRAK wrote stating that Dugan' request was considered "perfected" on July 1, 2005 and that Dugan owed an additional $ 250.00.

10. That Dugan paid the $250.00 and never agreed that his "request " was perfected on July 1, 2005.

11. That on July 29, 2005 AMTRAK sent a letter denying in part and granting in part his FOIA request.

12. That Dugan filed a timely appeal to AMTRAK.

13. That on September 9, 2005 AMTRAK denied Dugan's appeal.

14. That Plaintiff filed a timely appeal to this court.

Joseph F. Dugan, #1388
Plaintiff
183 Lyndon Road
Cranston, RI 02905
401-781-3573
Fax 401-944-4161

CERTIFICATE

I certify a copy of the foregoing was personally delivered to Paul E. Dwyer, Esq, Edwards & Angel , LLP on November 22 2005 at 2800 Financial Plaza Providence, RI 02903-2499.

Joseph F. Dugan, Esq