UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant.

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME**

NOW comes the Defendant, National Railroad Passenger Corporation, and moves this Court for an order pursuant Fed.R.Civ.P. 6 to enlarge its time to respond to Plaintiff's Motion for Summary Judgment by twelve days; up to and including December 21, 2005.

The defendant states that the motion for summary judgment involves several challenges to numerous documents provided in a redacted form by Amtrak under the Freedom of Information Act. The requested time is necessary to address appropriately plaintiff's factual statement and legal arguments. The period of time requested is not unduly long.

**Counsel for the opposing parties have conferred regarding Amtrak's request for additional time. Plaintiff's counsel has consented to the request.**

Defendant relies upon the attached Memorandum of Law in support of this Motion.

No oral argument is requested. **As defendant's reply papers to plaintiff's motion are due on December 9, defendant respectfully requests that the Court act upon its Motion to Enlarge prior to that date.**

Dated: November 28, 2005

Respectfully submitted,

By: Paul E. Dwyer

Paul E. Dwyer, Jr. (#3996)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276- 6611

*Counsel for National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2005, a copy of the foregoing Motion was served by first-class mail upon:

Joseph F. Dugan, Esq.
183 Lyndon Road
Cranston, RI 02905

Paul E. Dwyer, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant.

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR ENLARGEMENT OF TIME**

In its discretion, the court may extend the period to respond to a motion for summary judgment for cause shown. Fed.R.Civ.P. 6(b). Plaintiff's motion for summary judgment involves several documents sought under the Freedom of information Act. Defendant's reply is currently due on December 9, which due to the number of documents involved, simply does not provide sufficient time to respond to plaintiff's moving papers in an adequate manner. The additional time sought is less than two weeks and reasonable under the circumstances.

**Plaintiff's counsel has consented to defendant's motion to enlarge.**

Defendant respectfully requests that the Court grant its Motion.

Dated: November 28, 2005

Respectfully submitted,

By: /s/ Paul E. Dwyer

Paul E. Dwyer, Jr. (#3956)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276- 6611

*Counsel for National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2005, a copy of the foregoing Memorandum of Law was served by first-class mail upon:

Joseph F. Dugan, Esq.
183 Lyndon Road
Cranston, RI 02905

Paul E. Dwyer, Jr.