UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER
CORPORATION,

Defendant.

**ASSENTED TO MOTION FOR**
**ENLARGEMENT OF TIME**

NOW comes the Defendant, National Railroad Passenger Corporation, and moves this Court for an order pursuant Fed.R.Civ.P. 6 to enlarge its time to respond to Plaintiff's Motion for Summary Judgment by twelve days; up to and including December 21, 2005.

The defendant states that the motion for summary judgment involves several challenges to numerous documents provided in a redacted form by Amtrak under the Freedom of Information Act. The requested time is necessary to address appropriately plaintiff's factual statement and legal arguments. The period of time requested is not unduly long.

**Counsel for the opposing parties have conferred regarding Amtrak's request for additional time. Plaintiff's counsel has consented to the request.**

Defendant relies upon the attached Memorandum of Law in support of this Motion.

GRANTED
WEM
William E. Smith
U.S. District Judge
11/29/05

No oral argument is requested. **As defendant's reply papers to plaintiff's motion are due on December 9, defendant respectfully requests that the Court act upon its Motion to Enlarge prior to that date.**

Dated: November 28, 2005

Respectfully submitted,

By: Paul E. Dwyer

Paul E. Dwyer, Jr. (#3996)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276- 6611

*Counsel for National Railroad Passenger Corporation*