UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant,

**DEFENDANT'S MOTION FOR IN-CAMERA**
**<u>REVIEW OF DOCUMENTS</u>**

NOW comes the Defendant, National Railroad Passenger Corporation, and moves this Court for an order promoting an in-camera review of unredacted documents previously filed with the Court in a redacted form in conjunction with Plaintiff's Motion for Summary Judgment. This suit is based upon a request made for documents by plaintiff pursuant to the Freedom of Information Act (hereinafter "FOIA"). An in-camera review is an appropriate method for the Court to determine whether the portions of documents redacted were appropriately withheld. See, *Horowitz v. Peace Corps*, 428 F.3d 271, 282 (D.C. Cir. 2005). The total number of pages to be submitted number twenty-five (25).

Defendant relies upon the attached Memorandum of Law in support of this Motion.

Dated: December 21, 2005

Respectfully submitted,

By: Paul E. Dwyer

Paul E. Dwyer, Jr. (#3956)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276- 6611

*Counsel for National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2005, a copy of the foregoing Motion was served by first-class mail upon:

Joseph F. Dugan, Esq.
183 Lyndon Road
Cranston, RI 02905

Paul E. Dwyer, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant,

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR IN-CAMERA REVIEW OF DOCUMENTS**

The Defendant, National Railroad Passenger Corporation ("Amtrak"), seeks an in-camera review of redacted documents requested by plaintiff. The Court, at its discretion, may conduct an in-camera review of documents requested under the Freedom of Information Act ("FOIA") in order to determine whether any of the FOIA exceptions to disclosure apply. *See Horowitz v. Peace Corps*, 428 F.3d 271, 282 (D.C. Cir. 2005). The in-camera review is the proper method to determine whether the withheld information is subject to a FOIA disclosure exception. *See Schell v. United States Dept. of Health & Human Resources*, 843 F.2d 933 (6th Cir. 1988).

An in-camera review is the proper method for the Court to review the redacted documents requested by the plaintiff. Twenty-five of the documents requested by the plaintiff contain redacted information. Defendant requests the Court conduct an in-camera review of the documents in order to prevent any potential prejudice to the defendant. *See ACLU v. Department of Defense*, 357 F.Supp.2d 708, 710 (S.D.N.Y. 2005) ("Procedures for in camera . . . assure against any prejudice to the [defendant]).

WHEREFORE, Defendant respectfully requests the Court conduct an in-camera review of redacted documents.

Dated: December 21, 2005

Respectfully submitted,

By: Paul E. Dwyer

Paul E. Dwyer, Jr. (#3956)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276- 6611

*Counsel for National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2005, a copy of the foregoing Memorandum of Law was served by first-class mail upon:

Joseph F. Dugan, Esq.
183 Lyndon Road
Cranston, RI 02905

Paul E. Dwyer, Jr.