**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JOSEPH F. DUGAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION,**<br><br>**Defendant.** | **Civil Action No.**<br><br>**1:05-CV-00399-S-DLM** |

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. §1746**

I, **LORI ANN VENDETTI**, declare and state:

1. I have personal knowledge of the facts set forth in this declaration.

2. I serve as Senior Claims Representative in the Passenger Claims Unit ("PCU") of the National Passenger Railroad Corporation ("Amtrak"). PCU is located at Washington Union Station, 60 Massachusetts Avenue, N.E., in Washington, D.C., 20002. However, I work primarily from Amtrak's New York office located at 400 West 31st Street, New York, NY, 10001.

3. I have worked for Amtrak in various capacities for more than 16 years. I have been a Senior Claims Representative for Amtrak since September, 2003.

4. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated May 25, 2004, from Joseph F. Dugan.

5. Attached hereto as Exhibit 2 is a true and correct copy of a letter dated August 12, 2004, from Joseph F. Dugan.

6. Attached hereto as Exhibit 3 is a true and correct copy of a letter dated September 7, 2004, from Joseph F. Dugan.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE DISTRICT OF COLUMBIA AND NEW YORK THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 20th day of December, 2005.

Lori Ann Vendetti

30183559.1