**W.G. GRANDE & E. VAZIRI LAW, INC.**
*Attorneys at Law*

160 Plainfield Street
Providence, Rhode Island 02909

tel (401) 944-6430
fax (401) 944-4161

**EMILI VAZIRI**
**WILLIAM G. GRANDE (1907-1997)**

**LIDIA A. GRANDE**
*Legal Administrator*

SENT TO SAFETY
JUN 0 9 2004
AMTRAK PASSENGER CLAIMS

May 25, 2005/4

John R. Tufano
Administrative Assistant
Passenger Claims Unit
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002

Re: Susan L. Taylor, DOB 7-19-46, 40 Washington Road, Barrington, RI 02806, SS 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, Tel 401-433-5295.

Dear Mr. Tufano:

I am responding to your letter of January 20, 2004 recognizing the receipt of my claim on the behalf on Ms Taylor. The identifying information you have requested is listed above. Ms Taylor was not herself a passenger on Amtrak, but was helping her elderly father, Rodney Taylor who was a passenger with his luggage on September 24, 2003 and was departing the train when the accident occurred. Copies of Mr. Taylor's tickets are enclosed.

The details of how the accident occurred are included in my letter of December 30, 2003 which is in your possession. Ms Taylor had entered the train in Providence to help her elderly father with his bags. She was there only a minute or two, when the train began to move , the doors closed on her as she was attempting to get off and she was flung into a station pillar. Ms Taylor suffered a broken right humerus and shoulder injury.

It is claimed that Amtrak was negligent in having no conductor available to guide or assist passengers, particularly the aged or disabled , that there was no prior announcement giving persons notice the train was departing, no warning on how the doors functioned and the doors did not automatically open upon impact with a person.

Ms Taylor was out of work for approximately 3 months, had two operations, was fully disabled for at least three months and is still partially disabled. She has endured months of severe pain and suffering and still experiences some. We would view the case as having a value of $225,000.

I enclose the following medical records and bills from:

1. Rhode Island Hospital Bills in the amount $ 23,640.00 and records from 9-24-03 to 12-04-03
2. Medical records from Diane Siedlecki, MD.
3. Medical Bills from Sports Therapy-reflects a co-pay of $20.00. There was an additional charge of $ 38.00 per visit. A total of $58.00 per visit.
4. Surgery bills by Dr. Hulystn total $4985.00, and office visits around $350.00.
5. There about $1500 in other miscellaneous medical bills.

Medical records of office visits to Dr. Hulystn and physical therapy will be sent to you shortly.

Please review these matters and advise me if you are prepared to make an offer in this case

Yours truly,

Joseph F. Dugan
Attorney at Law

NATIONAL RAILROAD PA R CORPORATION
60 Massachusetts Avenue, NE, Washington, DC 20002

AMTRAK

January 20, 2004

MR JOSEPH F DUGAN
WG GRANDE & E VAZIRI LAW INC
160 PLAINFIELD STREET
PROVIDENCE, RHODE ISLAND 02909

**RE: Susan Taylor**
**DOI: 09/24/2003**

Dear Mr. Dugan :

I am in receipt of your letter dated December 30, 2003, advising us of representation of your client as captioned above. Please be advised that our records do not reflect an injury for your client as you have indicated. Therefore, I am requesting you furnish this office with the following information so we may better handle this matter. The following is needed from your client:

- Complete address
- Phone Number
- Date of Birth
- Social Security Number
- Details of the Injuries
- Copies of Train Ticket(s)
- Medical Reports / Receipts for Out of Pocket Expenses
- Any other Pertinent Data Relating to the Claim

I would also like to inform you that Amtrak is a self-insured Company and we do not have med-pay coverage. All medical bills are handled as part of the special damages for each claim.

Sincerely,

John R Tufano II

John R. Tufano II
Administrative Assistant
Passenger Claims Unit

**W.G. GRANDE & E. VAZIRI LAW, INC.**
*Attorneys at Law*

160 Plainfield Street
Providence, Rhode Island 02909

tel (401) 944-6430
fax (401) 944-4161

**EMILI VAZIRI**
**WILLIAM G. GRANDE (1907-1997)**

**LIDIA A. GRANDE**
*Legal Administrator*

December 30, 2003

AMTRAK
400 North Capitol Street, NW
Washington, D.C. 2001
Attention: Accident Claims Dept

Dear Sir or Madam:

I enclose a copy of a letter I sent to the Providence offices of AMTRAK to which I have received no response. I am accumulating the medical records relating to this case and would like to know the appropriate office for submitting accident claims.

Please advise.

Yours truly,

Joseph F. Dugan
Attorney at Law