**W.G. GRANDE & E. VAZIRI LAW, INC.**
*Attorneys at Law*

160 Plainfield Street
Providence, Rhode Island 02909

tel (401) 944-6430
fax (401) 944-4161

EMILI VAZIRI
WILLIAM G. GRANDE (1907-1997)

LIDIA A. GRANDE
*Legal Administrator*

August 12, 2004

Lori Ann Vendetti
Senior Claim Representative
Passenger Claims Unit
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002

Re: Susan L. Taylor,

Dear Ms Vendetti:

I have not heard from you and you did not respond to my phone call. I enclose office notes and bills of the surgeon, Dr Hulstyn. I still owe you the physical therapy records. However I did send you a list of physical therapy bills.

There is no question Ms Taylor suffered a significant injury. The only issues here are liability and the extent of damages.

I have no objection to your scheduling an IME or taking a statement from Ms Taylor under certain circumstances. However, if you have no intention of considering an offer please tell me now

The problem AMTRAK trains lurching out of the Providence station without notice to passengers and the lack of crew presence is such a common complaint that it is often commented on in the letters to the editor section of the Providence Journal. It is surely something you must be aware of and which I would investigate through court discovery. Ms Taylor is a middle class employed woman who will be a credible witness.

Please let me know your intentions.

Yours truly,

Joseph F. Dugan
Attorney at Law

W. G. GRANDE & E. VAZIRI LAW, INC.
*Attorneys at Law*

160 Plainfield Street
Providence, Rhode Island 02909

tel (401) 944-6430
fax (401) 944-4161

**EMILI VAZIRI**
**WILLIAM G. GRANDE (1907-1997)**

**LIDIA A. GRANDE**
*Legal Administrator*

June 28, 2004

Lori Ann Vendetti
Senior Claim Representative
Passenger Claims Unit
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002

Re: Susan L. Taylor,

Dear Mr. Tufano:

I am responding to your letter of June 16, 2004 requesting a copy of the letter attached to the December 30, 2003 letter. The October 8, 2003 letter is enclosed.

Yours truly,

Joseph F. Dugan

June 16, 2004

Joseph F. Dugan, Esquire
W.G. Grande & E. Vaziri Law, Inc.
160 Plainfield Street
Providence, RI 02909

**RE: Susan Taylor**
**D/A: 9/24/03**
**Our File: 92650-001-LAV**

Dear Mr. Edugan:

This will acknowledge receipt of letter dated May 25, 2004, enclosing your clients medical records. Please be advised that I have been re-assigned to handle this claim to its conclusion on behalf of Amtrak.

Your letter dated December 30, 2003, references another letter you previously sent to the Amtrak Providence Offices, unfortunately my file does not have that letter. Please forward a copy at your earliest convenience.

Once I have reviewed the medical records along with the above requested letter, I will be in contact with your office if additional information is require, as well as, a possible IME of your client.

Should you have any questions, I can be contacted at the below listed number.

Sincerely,

Lori Ann Vendetti
Senior Claim Representative
212-630-7164
212-630-6203 (fax)