**W.G. GRANDE & E. VAZIRI LAW, INC.**
*Attorneys at Law*

160 Plainfield Street
Providence, Rhode Island 02909

tel (401) 944-6430
fax (401) 944-4161

**EMILI VAZIRI**
**WILLIAM G. GRANDE (1907-1997)**

**LIDIA A. GRANDE**
*Legal Administrator*

September 7, 2004

Lori Ann Vendetti
Senior Claim Representative
Passenger Claims Unit
National Railroad Passenger Corporation
400 West 31st Street
New York, N.Y. 10001

RECEIVED
AMTRAK
SEP 15 20[illegible]
Regional Claims Office
NY, NY

Re: Susan L. Taylor,

Dear Ms Vendetti:

Following up on my comment that what happened to Ms Taylor was not unique and that we have heard other complaints I enclose a letter recently published in the Letters to the Editor in the Providence Journal the main newspaper in RI. My guess is there are dozens of other experiences similar to Mr. Auclair's. I further surmise that your office has received complaints about Amtrak's practice of taking off without notice and without assigning conductors to the platform. I have filed a freedom of information request with the Department of Transportation seeking information on any complaints.

I am bringing this to your attention since I believe Amtrak is going to be inclined to blow this off as the experience of some goofy lady. For every person who writes a letter to the newspaper about a problem there are a dozen others who experience the problem and do not. I am prepared to take this case to court if necessary. So perhaps before you deny Taylor's claim you should check with the appropriate people at Amtrak to see if there have been other complaints.

Yours truly,

Joseph F. Dugan
Attorney at Law