UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

DEC 21 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant,

**DEFENDANT'S MOTION FOR IN-CAMERA REVIEW OF DOCUMENTS**

NOW comes the Defendant, National Railroad Passenger Corporation, and moves this Court for an order promoting an in-camera review of unredacted documents previously filed with the Court in a redacted form in conjunction with Plaintiff's Motion for Summary Judgment. This suit is based upon a request made for documents by plaintiff pursuant to the Freedom of Information Act (hereinafter "FOIA"). An in-camera review is an appropriate method for the Court to determine whether the portions of documents redacted were appropriately withheld. See, *Horowitz v. Peace Corps*, 428 F.3d 271, 282 (D.C. Cir. 2005). The total number of pages to be submitted number twenty-five (25).

GRANTED

William E. Smith
U.S. District Judge
1/3/06