RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant,

**NOTICE OF FILING OF DOCUMENTS FOR**
**IN-CAMERA REVIEW OF DOCUMENTS**

Now comes the Defendant, National Railroad Passenger Corporation ("Amtrak"), and provides notice this 9th day of January, 2006 pursuant to the Court Order attached hereto that it has filed 22 pages of unredacted documents with the Court. The portions of the documents which were redacted have been highlighted in this submission.

Respectfully submitted,

By: Paul E. Dwyer
Paul E. Dwyer, Jr. (#3956)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276- 6611

*Counsel for National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2006, a copy of the foregoing Notice of Filing of Documents was served by first-class mail upon:

Joseph F. Dugan, Esq.
183 Lyndon Road
Cranston, RI 02905

Paul E. Dwyer, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant,

**DEFENDANT'S MOTION FOR IN-CAMERA REVIEW OF DOCUMENTS**

NOW comes the Defendant, National Railroad Passenger Corporation, and moves this Court for an order promoting an in-camera review of unredacted documents previously filed with the Court in a redacted form in conjunction with Plaintiff's Motion for Summary Judgment. This suit is based upon a request made for documents by plaintiff pursuant to the Freedom of Information Act (hereinafter "FOIA"). An in-camera review is an appropriate method for the Court to determine whether the portions of documents redacted were appropriately withheld. See, *Horowitz v. Peace Corps*, 428 F.3d 271, 282 (D.C. Cir. 2005). The total number of pages to be submitted number twenty-five (25).

GRANTED
[signature]
William E. Smith
U.S. District Judge
1/3/06