UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 26 2006
Property of U.S. District Court
District of Rhode Island

JOSEPH F. DUGAN,

Plaintiff,

Case No. 05-399-S

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant,

**STIPULATION**

On January 20, 2006, Defendant, National Railroad Passenger Corporation ("Amtrak"), released to plaintiff, Joseph F. Dugan, the unredacted portions of the employee manuals withheld pursuant to Exemption 6 of the Freedom of Information Act.

Those portions of the parties' Cross-Motions for Summary Judgment addressing the Amtrak manuals may **Pass** as moot.

By: ______________________
Joseph F. Dugan (#1388)
183 Lyndon Road
Cranston, RI 02905
(401) 781-3573
(401) 944-4161

*Counsel for Joseph F. Dugan*

By: ______________________
Paul E. Dwyer, Jr. (#3956)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276- 6611

*Counsel for National Railroad Passenger Corporation*

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 1/30/06