UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

JOSEPH F. DUGAN
Plaintiff

RECEIVED
MAR 22 2006
Property of U.S. District Court
District of Rhode Island

V. No. -05-399S

NATIONAL RAILROAD PASSENGER CORPORATION
(AMTRAK)
Defendant

STIPULATION OF DISMISSAL

Plaintiff's complaint shall be dismissed with prejudice, no interest, costs or attorneys fees.

Joseph F. Dugan, Esq #1388
Plaintiff
183 Lyndon Road
Cranston, RI 02905
Tel 401-781-3573
Fax 401-944 -4161

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/28/06

Paul E. Dwyer, Jr, Esq/# 3956
Attorney for Defendant AMTRAK
2800 Financial Plaza
Providence, RI 02903
Tel 401-274-9200
Fax 585-6600

Approved
Judge U.S. DISTRICT COURT